953 F.2d 944w
 22 Bankr.Ct.Dec. 1050
 In the Matter of Billye M. LUCE, d/b/a L & L International,
L & L Leasing, and L & L International
Enterprises, Debtor.
Billye M. LUCE, d/b/a L & L International, L & L Leasing and
L & L International Enterprises, Appellant-Cross-Appellee,
v.
FIRST EQUIPMENT LEASING CORPORATION, Appellee-Cross Appellant.
In the Matter of Jack M. LUCE and Billye M. Luce, d/b/a L &
L International and L & L Leasing, Debtors.
Billye M. LUCE, d/b/a L & L International and L & L Leasing,
Appellant-Cross-Appellee,
v.
WESTINGHOUSE CREDIT CORPORATION, Appellee-Cross-Appellant.
 No. 91-1069.
 United States Court of Appeals,
Fifth Circuit.
 Feb. 18, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 960 F.2d 1277.